affirmed an order of Special Term granting a motion for a peremptory order of mandamus to compel the comptroller of the city of New York to issue a warrant on the requisition and voucher of the transit commission for services and disbursements as special counsel to such commission. The comptroller contended that said commission was without power to employ petitioner and that such employment or retainer was unauthorized and illegal.

. *George P. Nicholson,* Corporation Counsel (*John F. O'Brien, William E. C. Mayer* and *James P. O'Connor* of counsel), for appellant.

*Clarence J. Shearn* and *Charles C. Smith* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Application of NATHAN KELMENSON et al., Appellants, *v.* FRANK E. MANN, as Tenement House Commissioner, et al., Respondents.

*Appeal — reversal by Appellate Division on law and facts of order granting peremptory mandamus and denial of motion — appeal to Court of Appeals dismissed where it does not appear in order that denial was not in exercise of discretion.*

*Matter of Kelmenson* v. *Mann,* 207 App. Div. 494, appeal dismissed. (Submitted February 19, 1924; decided April 1, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 21, 1923, which reversed on the law and the facts an order of Special Term granting a motion for a peremptory order of mandamus to compel the tenement house commissioner of the city of New York to cancel and revoke a permit for the erection of a tenement house on the west side of Ocean Parkway, north of Caton avenue in the borough of Brooklyn, and denied said motion. It did not affirmatively appear in the order that the motion was not denied in the exercise of discretion.

*Nathan Kelmenson* for appellants.

*George P. Nicholson, Corporation Counsel (John F. O'Brien, Joseph I. Berry* and *Michael J. Kelly* of counsel), for Tenement House Commissioner of the city of New York, respondent.

*Ilo Orleans* and *Victor Gray* for Frances Cairone, respondent.

Appeal dismissed, with costs; no opinion.

Concur: Hiscock, Ch. J. Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.

---

In the Matter of the Application of Laura A. Palmer, Respondent, *v.* Frank Mann, as Tenement House Commissioner of the City of New York, et al., Appellants.

*New York city — building zones — amendment to height district — when mandamus properly granted to compel tenement house commissioner to approve plans for erection of apartment house.*

*Matter of Palmer* v. *Mann*, 206 App. Div. 484, affirmed.

(Argued February 19, 1924: decided April 1, 1924.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 16, 1923, which reversed an order of Special Term denying a motion for a peremptory order of mandamus to compel the tenement house commissioner of the city of New York to approve plans and issue a permit for the erection of an apartment house 150 feet in height on the northeast corner of Fifth avenue and East Seventy-third street in the borough of Manhattan and granted said motion. The question at issue was whether an amendment of the " Height District " containing the property had been legally adopted.

*George P. Nicholson, Corporation Counsel (John F. O'Brien, Willard S. Allen* and *William T. Kennedy* of counsel), for Tenement House Commissioner, appellant.

*Edward Harding, John H. Jackson* and *Joseph H. Choate, Jr.,* for Thornton Realty Company et al., appellants.